UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM EDWIN ALLAUN, IV<br><br>*Defendant*. | **UNDER SEAL**<br>Case: 1:25-mj-00127<br>Assigned To: Judge Faruqui, Zia M.<br>Assign. Date: 7/28/2025<br>Description: COMPLAINT W/ARREST WARRANT |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Jacqueline Scott, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

**INTRODUCTION AND AFFIANT BACKGROUND**

1. I submit this affidavit in support of a criminal complaint charging WILLIAM EDWIN ALLAUN, IV with receipt of material involving the sexual exploitation of minors, in violation of Title 18 United States Code ("U.S.C.") §§ 2252(a)(2) and (b)(1) (receipt or distribution of a visual depiction of a minor engaged in sexually explicit conduct). Specifically, while located in the District of Columbia, on or about May 22, 2025, ALLAUN knowingly received material involving the sexual exploitation of minors via the Signal Messenger application.

2. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 U.S.C. § 2516. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since December 2022, and I am currently assigned to the Washington Field Office Child Exploitation and Human Trafficking Task Force. I am a graduate of the FBI Academy in Quantico,

Virginia, where I received extensive training in federal law and various investigative methods. I hold a Bachelor of Arts and Doctor of Jurisprudence and am a licensed attorney in the state of Pennsylvania.

3.      While employed by FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography, including but not limited to the illegal possession, receipt, distribution, advertisement, and production of material depicting the sexual exploitation of minors.  As a Special Agent with the FBI, I received training on investigative techniques related to crimes involving the sexual exploitation of children, including obtaining and analyzing digital records, analyzing stored digital media, and the application for and execution of search and arrest warrants. I have conducted and assisted in federal child exploitation investigations and participated in the execution of numerous search warrants in support of child exploitation investigations. I have gained experience in these investigations through training, discussions with other law enforcement officers and computer forensic examiners, and everyday work conducting these types of investigations. I have had the opportunity to observe and review numerous examples of child pornography (as defined in Title 18 U.S.C. § 2256(8) and used interchangeably with the term "child sexual abuse material" or "CSAM") in many forms of media, including computer media. I also have experience participating in investigations involving the sexual exploitation of children through social media and messaging platforms. Through my training and experience, and conversations with law enforcement personnel and computer forensic examiners, I have also become familiar with certain methods commonly employed by offenders who seek to sexually exploit children online.

4.      Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of

such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

5. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of Title 18 United States Code ("U.S.C.") §§ 2252(a)(2) and (b)(1) (receipt or distribution of a visual depiction of a minor engaged in sexually explicit conduct) (the "TARGET OFFENSE") have been committed by WILLIAM EDWIN ALLAUN IV ("ALLAUN"/ "SUBJECT 2") and others known and unknown.

## STATUTORY AUTHORITY AND DEFINITIONS

7. As noted above, this investigation concerns alleged violations of the following:

   a. Title 18 U.S.C. § 2252(a)(2) and (b)(1) prohibit any person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce or through the mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

8. The following definitions apply to this Affidavit and Attachment B:

a.      "Child pornography," as defined in Title 18 U.S.C. § 2256(8), is any visual depiction, including any photograph (in whatever form, e.g., digital and printed photographs), film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct or the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

b.      "Child sexual abuse material" or "CSAM," as used herein, has the same meaning as the term "child pornography," defined above.

## PROBABLE CAUSE

### A. Investigation and Arrest of SUBJECT 1

9.      In July of 2025, in search warrant case number 25-sw-185, United States Magistrate Judge Michael G. Harvey of the United States District Court for the District of Columbia issued a warrant authorizing the search of a residence in Washington, DC. The warrant concerned violations of Title 18 United States Code ("U.S.C.") §§ 2252(a)(2) and (b)(1) (receipt or distribution of a visual depiction of a minor engaged in sexually explicit conduct) ("TARGET OFFENSES") committed by the occupant of the residence ("SUBJECT 1"). During the execution of the search warrant, which also authorized the search of digital devices contained within the residence, law enforcement discovered an unlocked laptop computer which contained several conversations between SUBJECT 1 and other individuals regarding the distribution and/or receipt of child pornography. Some of these conversations utilized the Signal Messenger application

("Signal").[1] That same day, SUBJECT 1 was arrested pursuant to an arrest warrant and criminal complaint.

10. Among other digital devices, SUBJECT 1's cell phone and laptop computer were seized by the FBI, as authorized by the warrant. Through review of the digital devices, which remains ongoing, the FBI identified that SUBJECT 1 was part of a Signal group chat called ▮▮▮▮ that appeared to be dedicated to sharing CSAM photos and/or videos of adult males engaged in sexually explicit activity with prepubescent or younger male children. As further described in subsequent paragraphs, in and around May 2025, SUBJECT 1 added SUBJECT 2, later identified as ALLAUN, to the ▮▮▮▮ Signal group chat and subsequently sent approximately 15 videos depicting CSAM directly to SUBJECT 2.

B. **Initial Communications Between SUBJECT 1 and SUBJECT 2**

11. From SUBJECT 1's cell phone, the FBI obtained text messages between SUBJECT 1 and ▮▮▮▮, identified under the contact name as "Will Allaun." These text messages spanned May 2022 to November 2023 and included, in relevant part:

| Sender | Message | Date and Time |
| --- | --- | --- |
| "Will Allaun" | Hey! It's Will. You gave me your number on Telegram | 5/20/2022 5:14 PM UTC[2] |
| SUBJECT 1 | Hey there. How's it going? | 5/20/2022 5:14 PM UTC |
| SUBJECT 1 | And mind if I get your last name? I'm obsessive about having last names for contacts on my phone | 5/20/2022 5:14 PM UTC |
| "Will Allaun" | Will Allaun Wallaun on Insta | 5/20/2022 5:48 PM UTC |

12. SUBJECT 1 and "Will Allaun" continued to message for a few months. Based on the context of some of the messages, it appears that SUBJECT 1 and SUBJECT 2 may have met to engage in sexual acts. At one point in their conversation, after several months of no messages, "Will Allaun" sent SUBJECT 1 the following message:

| Sender | Message | Date and Time |
|---|---|---|
| "Will Allaun" | Hey [SUBJECT 1]³. It's Will. From Sniffies :) | 11/03/2023 12:11 PM UTC |

### C. Identification of ALLAUN as SUBJECT 2

13. As noted above, ▮▮▮▮▮▮▮▮ was identified in SUBJECT 1's phone under the contact name "Will Allaun." The user of ▮▮▮▮▮▮▮▮ also identified himself to SUBJECT 1, via text message, as Will Allaun. Open-source research identified an Instagram account with username ▮▮▮▮. Though the account was private, the individual depicted in the profile picture appears to be WILLIAM EDWIN ALLAUN, IV ("SUBJECT 2"), as compared to SUBJECT 2's driver's license photo obtained from the Washington, DC Department of Motor Vehicles (DMV):

---

[1] Signal is a free, privacy-focused messaging application based in San Francisco, California that uses end-to-end encryption to secure communication. Signal can be used via mobile devices or computers. Signal users can send text messages, images, videos and engage in phone or video chats with other users or groups of users. To create a Signal account, users need only a phone number for verification, and users can choose to use a username for communication rather than listing their phone number https://signal.org (last visited July 18, 2025).

[2] Universal Coordinated Time (UTC), also known as Zulu Time Zone (Z), is four hours ahead of Eastern Daylight Time (EDT).

[3] SUBJECT 1's first name was redacted for privacy.



| 's Instagram profile photo | SUBJECT 2's driver's license photo |
|---|---|
|  | |

14. According to DMV records, ALLAUN's address is listed as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. This address is approximately one block from

▓▓▓▓. Noted above, ▓▓▓▓'s Instagram profile description includes ▓▓▓▓ "▓▓",

15. On July 21, 2025, AT&T provided records in response to an administrative subpoena seeking subscriber information for ▓▓▓▓. The records indicated that the subscriber was WILLIAM E ALLAUN with a credit address and billing address of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The account was listed as active and provided an email address of ▓▓▓▓.

16. On July 21, 2025, Google, Inc. provided records in response to an administrative subpoena seeking subscriber information for ▓▓▓▓. The records indicated that the name associated with the account was "Will Allaun" and the recovery SMS was ▓▓▓▓. Information pertaining to ▓▓▓▓'s Google Pay[4] account indicated that ▓▓▓▓▓▓▓▓ was a past address of SUBJECT 2's, as it was listed among postal addresses added to the account in 2019 and 2020. Beginning in 2024, and as recently as July 15, 2025, ▓▓▓▓▓▓▓▓ was listed among the postal addresses linked to the Google Pay account.

17. On July 22, 2025, your affiant visited ▓▓▓▓▓▓▓▓. The call box at the entrance to the building listed "Allaun, W." among the residents.

18. Google, Inc. also provided ▓▓▓▓'s IP address activity between May 1, 2025 and July 21, 2025. Of the approximately 330 IP addresses provided, the account logged into IP address ▓▓▓▓ approximately 119 times. A query of spur.us, an open-source tool, indicated that IP address ▓▓▓▓ is located in Washington, DC and hosted by provider RCN

---

[4] Google Pay is a digital wallet platform and online payment system developed by Google which allows users to pay on websites, in applications, or in stores (via an Android phone) using payment cards saved to the user's account. https://pay.google/about/ (last visited July 22, 2025).

Corporation. On May 22, 2025, the date that SUBJECT 2 received CSAM from SUBJECT 1, the account logged into this IP address four times, listed below:

| Timestamp[5] | IP Address | Activity |
|---|---|---|
| 2025-05-22 04:26:53 Z / 12:26:53 AM EDT | | Login |
| 2025-05-22 11:35:39 Z / 7:35:39 AM EDT | | Login |
| 2025-05-22 15:44:18 Z / 11:44:18 AM EDT | | Login |
| 2025-05-22 19:21:59 Z / 3:30 PM EDT | | Login |

As noted below, SUBJECT 2 received CSAM from SUBJECT 1 at approximately 1:09 AM EDT on May 22, 2025, less than one hour after his first Google login at 12:26:53 AM EDT.

D. **SUBJECT 2's Receipt of CSAM from SUBJECT 1**

19.     As noted above, from SUBJECT 1's laptop computer, the FBI obtained Signal chat messages from May of 2025 between SUBJECT 1 and a Signal user identified as "Will Allun." The "about" section of this user's Signal profile read "Will Allun (DC_NC)" and listed him as a member of group ▮▮▮▮▮▮ Signal messages between SUBJECT 1 and Signal user "Will Allun" included, in relevant part:

| Sender | Message | Date and Time |
|---|---|---|

---

[5] These timestamps were provided by Google in Zulu Time Zone (Z) but converted to Eastern Daylight Time (EDT) by this affiant.

| Will Allun | Hey dude | 05/22/2025 1:03 AM EDT |
|---|---|---|
| SUBJECT 1 | Hi there. | 05/22/2025 1:04 AM EDT |
| Will Allun | Horny. As. Fuck. | 05/22/2025 1:05 AM EDT |
| SUBJECT 1 | I just added you to a group called ▇▇▇ | 05/22/2025 1:06 AM EDT |
| Will Allun | I'm on. Thanks! You have anything small you can send me? | 05/22/2025 1:06 AM EDT |
| SUBJECT 1 | Did you get it? Can you see the vides that are there | 05/22/2025 1:07 AM EDT |
| SUBJECT 1 | There's probably some sprinkled in there | 05/22/2025 1:07 AM EDT |
| Will Allun | It's a blank chat | 05/22/2025 1:07 AM EDT |
| SUBJECT 1 | Okay. You'll see the videos that get posted from now | 05/22/2025 1:07 AM EDT |
| Will Allun | Gotcha | 05/22/2025 1:08 AM EDT |
| Will Allun | Thanks for adding me | 05/22/2025 1:08 AM EDT |
| SUBJECT 1 | I will forward some vids | 05/22/2025 1:08 AM EDT |
| Will Allun | Thanks dude! Appreciate it | 05/22/2025 1:08 AM EDT |
| SUBJECT 1 | *** sent 15 videos, all of which depicted adult males engaged in sexually explicit conduct with prepubescent males, including oral sex and anal sex. *** | 05/22/2025 1:09 AM EDT |
| Will Allun | Damn thanks man!! | 05/22/2025 1:11 AM EDT |
| SUBJECT 1 | You're welcome | 05/22/2025 1:12 AM EDT |
| Will Allun | That last one was especially hot | 05/22/2025 1:13 AM EDT |
| SUBJECT 1 | Yeah, the older/younger action ones are the bEDT | 05/22/2025 1:14 AM EDT |
| Will Allun | Agree totally | 05/22/2025 1:15 AM EDT |
| Will Allun | And I especially love white dick | 05/22/2025 1:15 AM EDT |

| Will Allun | I'm leaking all over my bed | 05/22/2025 1:16 AM EST |

20.     Your affiant viewed the 15 videos Signal user "Will Allun" received from SUBJECT 1, all of which constituted CSAM. Three of these videos are described below:

  a. A 56-second video which depicted a naked white adult male performing oral sex on a naked white prepubescent male child's penis.

  b. A 36-second video which depicted a white prepubescent male child wearing a green shirt performing oral sex on an adult male's erect penis.

  c. A 60-second video which depicted a white adult male performing anal sex on a white prepubescent male child.

21.     A few hours after these messages were sent, SUBJECT 1 and Signal user "Will Allun" discussed meeting up that day. The Signal user identified as "Will Allun" sent the following:

| Sender | Message | Date and Time |
|---|---|---|
| **Will Allun** | **Live at** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | **05/22/2025 10:35 AM EDT** |
| **Will Allun** | **Can also come to you, if you prefer** | **05/22/2025 12:07 PM EDT** |
| SUBJECT 1 | I have a friend with me, so can't do here. | 05/22/2025 12:09 PM EDT |
| *Conversation continued* | | |
| **Will Allun** | **That's cool I live alone and can host whenever. I can host tomorrow until about 2pm. You can't do today?** | **05/22/2025 12:09 PM EDT** |
| **Will Allun** | **How often does** ▮▮▮▮▮▮▮ **pop off?** | **05/22/2025 12:09 PM EDT** |
| *Conversation continued* | | |
| SUBJECT 1 | What do you mean pop off? | 05/22/2025 1:37 PM EDT |
| **Will Allun** | **How active is it?** | **05/22/2025 1:38 PM EDT** |
| *Conversation continued* | | |
| SUBJECT 1 | (in reply to "How active is it?") just be patient<br><br>*Will Allun liked this message* | 05/22/2025 2:17 PM EDT |

22.     As noted in the first messages sent by Signal user "Will Allun" to SUBJECT 1 on May 22, 2025, he indicates that he "live[s] at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮," which likely refers to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in Washington, DC. As also noted above, based on records obtained by law enforcement, ALLAUN's residence is located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which is near the above-referenced intersection. Because Signal user "Will Allun" indicates he lives at the same intersection where the individual using phone number ▮▮▮▮▮▮▮▮▮ resides, it appears that Signal user "Will Allun" is the same individual using

phone number ▮▮▮▮▮. That individual, as described above, was identified as SUBJECT 2.

24. Based upon the information above, there is probable cause to believe that WILLIAM EDWIN ALLAUN, IV ("SUBJECT 2") operates the Signal user profile "Will Allun" and received CSAM from SUBJECT 1 via Signal on/about May 22, 2025. Two minutes after receiving the 15 videos of CSAM, SUBJECT 2 responded with messages that indicated he had viewed the CSAM and appreciated the content. SUBJECT 2 also sent additional messages to SUBJECT 1 which indicated that he was in Washington, D.C. on/about May 22, 2025 and confirmed his interest in the content shared in the ▮▮▮▮▮ Signal group chat, which the FBI learned was dedicated to sharing CSAM.

## CONCLUSION

25. For the reasons set forth above, I submit that probable cause exists to believe that on or about May 22, 2025, while in the District of Columbia, ALLAUN committed the offense of Receipt of Child Pornography, in violation of 18 U.S.C. 2252(a)(2).. I respectfully request that a criminal complaint be issued for ALLAUN.

Respectfully submitted,

*Jacqueline W. Scott*

Jacqueline Scott
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on July 28, 2025

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE