AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
By USMS District of Columbia District Court at 4:36 pm, Jul 28, 2025

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM EDWIN ALLAUN, IV<br><br>Defendant | Case: 1:25-mj-00127<br>Assigned To: Judge Faruqui, Zia M.<br>Assign. Date: 7/28/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     WILLIAM EDWIN ALLAUN, IV,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) and (b)(1) - Receipt of Child Pornography.

Date: 07/28/2025

*Issuing officer's signature*

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/28/25, and the person was arrested on *(date)* 7/29/25
at *(city and state)* Washington, DC.

Date: 7/29/25

*Arresting officer's signature*

Paulina Murphy, SA
*Printed name and title*